# Order

Michigan Supreme Court
Lansing, Michigan

July 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154374(150)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

EDWARD PINKNEY,
   Defendant-Appellant.

_____/

SC: 154374
COA: 325856
Berrien CC: 2014-001528-FH

   On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan for leave to file a brief amicus curiae is GRANTED. The amicus brief submitted on June 30, 2017, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



           Clerk